UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| **CHRISTOPHER HOLMBERG**,<br><br>PLAINTIFF,<br><br>and<br><br>**FLORENCE HARDWOODS LLC, AND BITCO NATIONAL INSURANCE COMPANY**,<br><br>INVOLUNTARY PLAINTIFFS,<br><br>v<br><br>**381572 ONTARIO LIMITED, A CANADIAN CORPORATION, D/B/A T. S. MANUFACTURING COMPANY**,<br><br>DEFENDANT. | File No: 22-C-726 |

**Plaintiff's Notice of Dismissal of Complaint**

Under Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Christopher Holmberg dismisses all causes of action in the complaint against Defendant 381572 Ontario Limited d/b/a T. S. Manufacturing Company without prejudice.

Defendant 381572 Ontario Limited d/b/a T. S. Manufacturing Company nor has either involuntary plaintiff answered or filed a motion for summary

judgment as to the claims raised in the complaint. Dismissal under Rule 41(a)(1) is, therefore, appropriate.

Dated: July 7, 2022

**Petrucelli & Waara, P.C.**
Attorneys for Plaintiff

By: s/Vincent R. Petrucelli
    Vincent R. Petrucelli
    328 W. Genesee St., P.O. Box AA
    Iron River, Michigan 49935
    Telephone: (906) 265-6173
    Email: vincent@truthfinders.com